# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | | |
|---|---|---|
| FELTON RUSSELL SCHLEY, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CV412-108 |
| | ) | |
| CHATHAM COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Plaintiff Felton Russell Schley filed this discrimination case against defendant on April 20, 2012 but has apparently abandoned any effort to litigate it.  (Doc. 1.)  As best the Court can tell, he has failed to serve the defendant within the 120 days that Fed. R. Civ. P. 4(m) commands.  The Court thus directs him, within 14 days of the date this Order is served, to show cause why his case should not be dismissed for violating Rule 4(m).

**SO ORDERED** this  5TH day of September, 2012.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**