# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

FELTON RUSSELL SCHLEY, SR. )
                       )
       Plaintiff,         )
                       )
v.                        )       Case No. CV412-108
                       )
CHATHAM COUNTY BOARD OF )
EDUCATION,             )
                       )
       Defendant.       )

## REPORT AND RECOMMENDATION

On September 5, 2012, the Court ordered plaintiff to show cause within 14 days why his case should not be dismissed for his failure to timely serve the defendant in accordance with Fed. R. Civ. P. 4(m). (Doc. 4.) He failed to do so and has apparently abandoned his case. Accordingly, this case should be **DISMISSED**. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir.

1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 22nd day of October, 2012.

_M. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA